IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LEONEL SOLIS**,

*Plaintiff*,

v.

CAUSE NO.: 3:24-CV-401-CWR-ASH

**YAZOO CITY USP and FCI WARDEN**,

*Defendants*.

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on September 12, 2025. Docket No. 25. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636(b)(1). *Id.* at 3. Moreover, Petitioner was instructed that, "[w]hen there is a change of address for the [petitioner], the [petitioner] must notify this Court in writing in a separate document" and "failure to advise this Court of a change of address . . . may result in the dismissal of your case." Docket No. 7. Petitioner is no longer in the custody of the Bureau of Prisons and has not provided the Court with a change of address, so notice of the Report and Recommendation was returned as attempted. *See* Docket No. 26. Therefore, considering that the allotted time for objections has lapsed, and even though mail notice was returned, this Court deems it appropriate to issue an Order in this cause.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. The Report

and Recommendation accurately sets forth that, "a federal prisoner's release from incarceration moots his § 2241 petition because there is no longer a live case or controversy for which any relief can be granted." *Id*. at 2. Accordingly, this case is dismissed as moot. A separate Final Judgment will issue.

**SO ORDERED**, this the 15th day of October, 2025.

s/ Carlton W. Reeves<br>UNITED STATES DISTRICT JUDGE